USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JESUS MANUEL BRITO,<br><br>Defendant. | 1:22-cr-223-MKV<br><br><u>ORDER</u> |

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, with the defendant's consent, his waiver of indictment and guilty plea allocution to a three-count Information were made before a United States Magistrate Judge on April 14, 2022;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted and a judgment of guilty is entered as to counts one through three of the Information.

**SO ORDERED.**

**Date: October 28, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge